17565.   HARGETT *v.* THE STATE.

BROYLES, C. J.   The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Larceny; from Muscogee superior court—Judge McLaughlin. June 26, 1926.

*Frank W. Foley, R. Terry,* for plaintiff in error.

*W. R. Flournoy, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74; p. 1217, n. 45.